**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLORIA ESPINOZA | * |
| | * |
|     PLAINTIFF, | * |
|     v. | *  Case No.: 1:14-cv-18 |
| | * |
| SWIFT CLEANERS, INC., ET AL. | * |
| | * |
|     DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiff has reached an arms-length settlement of all claims alleged by Plaintiff against Defendants in this action. To this end, Plaintiff requests the Court dismiss Plaintiff's claims against Defendants, with prejudice.

                                            Respectfully submitted,

                                            ___/s/_Gregg C. Greenberg_____
                                            Gregg C. Greenberg, Bar No. MD17291
                                            The Zipin Law Firm, LLC
                                            836 Bonifant Street
                                            Silver Spring, Maryland 20910
                                            (301) 587-9373 (Ph)
                                            (301) 587-9397 (Fax)
                                            Email: ggreenberg@zipinlaw.com

                                            *Counsel for Plaintiff*

                                            #